# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Manglona, Ramona V. | 2. Court or Organization<br><br>District Court for the Northern Mariana Islands | 3. Date of Report<br><br>06/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

123 Koppa di Oru Street
P>O. Box 500687
Saipan, MP 96950

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee and benificiary | ▬ trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/4/2014 | ▨ trust trustee fees | $200.00 |
| 2. 10/7/2014 | Fa▨ trust trustee fees | $400.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ▨ salary- Supreme Court, Northern Mariana Islands |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Guam | Personal Loan (secured by CD) | K |
| 2. | University of California at Berkeley | Tuition paid monthly pursuant to payment plan | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Guam- cash accounts | A | Interest | M | T | | | | | |
| 2. Sunset Life Insurance (Universal) | A | Int./Div. | J | T | | | | | |
| 3. Rental Property- DFS Saipan, MP (Parcel 1) | D | Rent | N | W | | | | | |
| 4. Rental Property- Sandy Beach, Chalan Kanoa, Saipan, MP | C | Rent | M | W | | | | | |
| 5. ▨ Trust - lines 6 to 104 | G | Int./Div. | P1 | U | | | | | |
| 6. - Garapan 1 | D | Rent | L | W | | | | | |
| 7. - Garapan 2 | | | | | | | | | |
| 8. - Garapan 3 | | | | | | | | | |
| 9. -Navy Hill parcel 1 | | | | | | | | | |
| 10. -Navy Hill parcel 2 | | | | | | | | | |
| 11. -Chalan Kanoa parcel 1 | D | Rent | J | W | | | | | |
| 12. -Chalan Kanoa parcel 2 | | | | | | | | | |
| 13. -Chalan Kanoa parcel 3 | | | | | | | | | |
| 14. -DanDan parcel 1 | | | | | | | | | |
| 15. -DanDan parcel 2 | | | | | | | | | |
| 16. -DanDan parcel 3 | | | | | | | | | |
| 17. -Tuturam parcel 1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Tuturam parcel 2 | | | | | | | | | |
| 19.  -Tuturam parcel 3 | | | | | | | | | |
| 20.  -Papago parcel 1 | | | | | | | | | |
| 21.  -Papago parcel 2 | | | | | | | | | |
| 22.  -Papago parcel 3 | | | | | | | | | |
| 23.  -Papago parcel 4 | | | | | | | | | |
| 24.  -Papago parcel 5 | | | | | | | | | |
| 25.  -As Perdido parcel 1 | | | | | | | | | |
| 26.  -As Perdido parcel 2 | | | | | | | | | |
| 27.  -As Perdido parcel 3 | | | | | | | | | |
| 28.  -As Perdido parcel 4 | | | | | | | | | |
| 29.  -As Perdido parcel 5 | | | | | | | | | |
| 30.  -Chalan Kiya parcel 1 | | | | | | | | | |
| 31.  -Chalan Kiya parcel 2 | | | | | | | | | |
| 32.  -San Roque parcel 1 | | | | | | | | | |
| 33.  -Fina Sisu parcels 1 to 15 | E | Rent | J | W | | | | | |
| 34.  -Puerto Rico Village parcel 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Tanapag parcel 1 | | | | | | | | | |
| 36. -San Jose village parcel 1 | | | | | | | | | |
| 37. -San Jose village parcel 2 | | | | | | | | | |
| 38. -San Jose village parcel 3 | | | | | | | | | |
| 39. -Rota property 1 | | | | | | | | | |
| 40. -Rota property 2 | | | | | | | | | |
| 41. -Rota property 3 | | | | | | | | | |
| 42. -Garapan leased property 1 | | | | | | | | | |
| 43. -San Jose leased property 1 | | | | | | | | | |
| 44. -Bank of Guam cash accounts | C | Int./Div. | P1 | T | | | | | |
| 45. -First Hawaiian bank cash accounts | E | Int./Div. | J | T | | | | | |
| 46. -United Micronesia Development Association (UMDA) | | | K | U | | | | | |
| 47. -Bank of Guam stock | B | Dividend | J | U | | | | | |
| 48. -Bank of Saipan stock | | | J | U | | | | | |
| 49. -Saipan Shipping Co. stock | D | Dividend | J | U | | | | | |
| 50. -Saipan Stevedore Co., Inc. stock | C | Dividend | J | U | | | | | |
| 51. -Duty Free Shoppers Ltd. stock | A | Dividend | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pacific Sky Travel stock | | | K | U | | | | | |
| 53. -San Roque Beach Dev. Corp. stock | C | Dividend | J | U | | | | | |
| 54. -M.S. Villagomez Inc. stock | G | Dividend | N | U | | | | | |
| 55. -Northern Marianas Dev. Corp. (NMDC) | B | Dividend | J | U | | | | | |
| 56. -St. Jude Renal Care Facility | | | | | | | | | |
| 57. -Chimera Invt Corp. Com. | D | Dividend | | | Sold | 07/11/14 | L | | |
| 58. -Dreyfus Insured Deposits C | A | Interest | | | | | | | |
| 59. ▨ Trust cash account 1 held at Money Concepts Capital Corp. | D | Interest | K | T | | | | | |
| 60. ▨ Trust account 1 held at Money Concepts Capital Corp. | D | Dividend | K | T | | | | | |
| 61. ▨ Trust cash account 2 held at Money Concepts Capital Corp. | C | Interest | | | Closed | 03/21/14 | J | | |
| 62. ▨ Trust account 2 held at Money Concepts Capital Corp. | | | | | Closed | 03/21/14 | J | | |
| 63. -AES Corp Sr Nt | A | Int./Div. | J | T | | | | | |
| 64. -Dolphin Subsidiary II Inc Sr NT | A | Int./Div. | J | T | | | | | |
| 65. -Amerigas Fin Corp/Amerigas Fin LLC GTD Sr NT | A | Int./Div. | J | T | | | | | |
| 66. -Alliant Techsystems Inc. fixed rate Sr Nt | A | Int./Div. | J | T | Sold (part) | 01/21/14 | J | A | |
| 67. -Huntsman Intl LLC Sr Sub Nt | A | Int./Div. | J | T | | | | | |
| 68. -Intelsat Jackson Hldgs S A Sr Nt | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Mirant Americas Generation LLC Sr Nt | A | Int./Div. | J | T | | | | | |
| 70. -Donnelley RR&Sons | A | Int./Div. | J | T | | | | | |
| 71. -Constellation Brands Inc. Sr Nt | A | Int./Div. | J | T | | | | | |
| 72. -Teckay Corp Series ISIN | A | Int./Div. | J | T | | | | | |
| 73. -United Rentals North America Inc Sr Nt | A | Int./Div. | J | T | | | | | |
| 74. -Vulcan Matls Co Fixed Rt note | A | Int./Div. | J | T | | | | | |
| 75. -Zayo Group LLC | A | Int./Div. | J | T | Redeemed (part) | 12/15/14 | J | A | |
| 76. -United Airlines Pass Thru Tr 2013 | A | Int./Div. | J | T | | | | | |
| 77. -B/E Aerospace Inc Sr Nt | A | Int./Div. | | | Redeemed | 12/29/14 | J | A | |
| 78. -B&G Foods Inc Gtd Fxd Rt | A | Int./Div. | J | T | | | | | |
| 79. -Biomet Inc Gtd Fxd Rt | A | Int./Div. | J | T | | | | | |
| 80. -Peabody Energy Corp Sr Nt | A | Int./Div. | J | T | | | | | |
| 81. -Crown Castle Intl Corp Sr Nt | A | Int./Div. | J | T | | | | | |
| 82. -Chesapeake Energy Corp Sr Nt | A | Int./Div. | J | T | Sold (part) | 01/21/14 | J | A | |
| 83. -CCO Holdings LLC Sr Nt | A | Int./Div. | J | T | | | | | |
| 84. -Centurylink Inc. Sr Nt | A | Int./Div. | J | T | | | | | |
| 85. -Denbury Res Inc. Del SrSub. Nt | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Davita Healthcare Partners Inc. Sr Nt | A | Int./Div. | J | T | | | | | |
| 87. -Equinix Inc. Fixed Rt Nts | A | Int./Div. | | | Redeemed | 12/22/14 | J | A | |
| 88. -Ferrellgas LP/Ferrellgas Fin Corp Sr Nt | A | Int./Div. | J | T | | | | | |
| 89. -Healthsouth Corp.Gtd Sr Nt | A | Int./Div. | J | T | | | | | |
| 90. -Iron Mtn.Inc. Del SrSub NT | A | Int./Div. | J | T | | | | | |
| 91. -Lamar Media Corp Gtd Sr Sub Nt | A | Int./Div. | J | T | | | | | |
| 92. -NRG Energy Inc. Gtd Fixed Rt | A | Int./Div. | J | T | | | | | |
| 93. -Polymer Group Inc. GTD Sr. Seed Nt | A | Int./Div. | J | T | | | | | |
| 94. -Range Res Corp. GTD SrSub Nt | A | Int./Div. | J | T | | | | | |
| 95. -Suburban Propane Partners LP/Subn Energy Fin Corp | A | Int./Div. | J | T | Sold (part) | 01/21/14 | J | A | |
| 96. -Penske Automotive Group Inc Fixed Rt | A | Int./Div. | J | T | | | | | |
| 97. -Offshore Group Invt Ltd Sr Seed 1st Lien | A | Int./Div. | J | T | | | | | |
| 98. -Ave Maria Rising Dividend Fund | B | Dividend | M | T | Buy | 03/26/14 | M | | |
| 99. -Ave Maria Rising Dividend Fund | D | Distribution | L | T | Buy (add'l) | 07/17/14 | L | | |
| 100. -Mediacom Broadband Corp Sr Nt | A | Int./Div. | J | T | Buy | 01/10/14 | J | | |
| 101. -Mediacom Broadband Corp Sr Nt | | | | | Buy (add'l) | 02/11/14 | J | | |
| 102. -SPDR S&P 500 ETF Tr | A | Int./Div. | L | T | Buy | 03/26/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. There are real properties listed in this section. All real properties are located in the Commonwealth of the Northern Mariana Islands.

Part VII, line 4, Sandy Beach rental property, was formerly listed at line 60 in the 2013 Report.

Part VII, line 56, of the 2013 Report is deleted because Lighthouse Target Allocation was a portfolio manager hired by Money Concepts, who terminated Lighthouse's services on July 5, 2013. All the assets were transferred to _____ Trust's account with Money Concepts.

Part VII, line 57, of the 2013 Report is deleted because the cash accounts with Money Concepts Capital Corp. were itemized in lines 62 to 65 of the 2013 Report. For this 2014 Report, the same two accounts are listed at lines 61 to 64.

**FINANCIAL DISCLOSURE REPORT**

Page 11 of 11

Name of Person Reporting

Manglona, Ramona V.

Date of Report

06/29/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ramona V. Manglona**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544